STATE of Missouri, Respondent/Respondent,

v.

Christopher REED, Movant/Appellant.

No. 60136.

Missouri Court of Appeals, Eastern District, Division One.

May 19, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 17, 1992.

Application to Transfer Denied July 21, 1992.

David Hemingway, St. Louis, for movant/appellant.

William L. Webster, Atty. Gen., Joan F. Edwards, Asst. Atty. Gen., Jefferson City, for respondent/respondent.

### ORDER

PER CURIAM.

Defendant appeals from his conviction by a jury of attempted robbery in the first degree, armed criminal action and property damage. We affirm. The trial court committed no error, plain or otherwise, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 30.25(b).